JACK G. ANGARAN, ESQ., SBN 711
MARY-ANN ELLIS, ESQ., SBN 12427
GEORGESON ANGARAN, CHTD.
5450 Longley Lane
Reno, Nevada 89511
T - 775.827.6440
F - 775.827.9256
jack@renotahoelaw.com
mary-ann@renotahoelaw.com
Attorneys for Defendant,
Safeco Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EDUARD DAVIS,

    Plaintiff,

vs.

SAFECO INSURANCE COMPANY;
ALLEN BLOOMGREN, DOES I through X inclusive,

    Defendants.

Case No.: 2:17-cv-01824-JCM-NJK

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among the parties to this action, through their undersigned counsel, that all claims asserted in this action against SAFECO INSURANCE COMPANY are hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO AGREED AND STIPULATED.

DATED this 15th day of Aug., 2017.

_____
Mary-Ann Ellis, Esq.
Georgeson Angaran, Chtd.
5450 Longley Lane
Reno, NV 89511
*Attorneys for Safeco Insurance Company*

DATED this 15th day of August, 2017.

_____
K. Alexandra Cavin, Esq.
5335 S. Valentia Way, #411
Greenwood Village, CO 80111
*Attorneys for Plaintiff*


GEORGESON ANGARAN

- 1 -

1 DATED this 15th day of August, 2017.

2   /s/ Gregory Schulman

3 Gregory M. Schulman, Esq.
Thorndal Armstrong Delk Balkenbush & Eisinger

4 P.O. Box 2070
Las Vegas, NV 89125-2070

5 *Attorneys for Allen Bloomgren*

8 IT IS SO ORDERED:

9 BY: /s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

11 DATED: August 17, 2017


GEORGESON
ANGARAN

# CERTIFICATE OF SERVICE

Case: 2:17-cv-01824-JCM-NJK

I certify that I am an employee of Georgeson Angaran, Chartered, and that on this date I caused to be electronically filed and served a true copy of the attached document upon the following registered filing user(s) pursuant to CM/ECF System set forth in Special Order No. 109 of United States District Court, District of Nevada:

K. Alexandra Cavin, Esq., SBN 11782
5335 S. Valentia Way, #411
Greenwood Village, CO 80111

Gregory M. Schulman
Thorndal Armstrong Delk Balkenbush & Eisinger
1100 E. Bridger Avenue
Las Vegas, NV 89125

DATED this 15 day of August, 2017.


REBEKAH RILEY


GEORGESON
ANGARAN

- 1 -