UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDUARD DAVIS,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>SAFECO INSURANCE COMPANY, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:17-CV-1824 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *Davis v. Safeco Insurance Company et al*, case number 2:17-cv-01824-JCM-NJK.

On August 17, 2017, the court granted defendant Safeco Insurance Company's stipulation of dismissal with prejudice. Accordingly, defendant Safeco Insurance Company's outstanding motion to dismiss (ECF No. 10) will be denied as moot.

Accordingly,

IT IS SO ORDERED.

DATED September 12, 2017.

　　　　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**