UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDUARD DAVIS, | Case No. 2:17-cv-01824-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 58) |
| SAFECO INSURANCE COMPANY, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's response to the Court's order to show cause. Docket No. 58; *see also* Docket No. 57. On November 27, 2017, the Court held a hearing and granted Plaintiff's former counsel's motion to withdraw as counsel. Docket No. 49. The Court ordered Plaintiff "to either retain new counsel, who must file a notice of appearance in accordance with the Local Rules of Practice, or to file a notice of intent to proceed *pro se*" no later than January 8, 2018. *Id.* Plaintiff submits that he recalls the Court's deadline to be "the end of January." Docket No. 58 at 9.

Plaintiff submits that he has been working to find new counsel. Docket No. 58 at 8. Plaintiff further submits that he had surgery to remove a hernia on December 20, 2017, which delayed his search for new counsel. *Id.* at 9, 11-12.

//
//
//
//
//

| | |
|---|---|
| 1 | The Court will extend the deadline one final time. Plaintiff has until **Thursday, March 1, 2018**, |
| 2 | to either retain new counsel, who must file a notice of appearance in accordance with the Local Rules |
| 3 | of Practice, or to file a notice of intent to proceed *pro se*. The Court's order to show cause, Docket No. |
| 4 | 57, is hereby **DISCHARGED.** |

IT IS SO ORDERED.

DATED: January 29, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge