Michael W. Sanft, Esq.
Nevada Bar No. 8245
**Sanft Law**
228 South Fourth Street, 3rd Floor
Las Vegas, NV 89101
Tel.   (702) 497-8008
Fax.  (702) 297-6582
michael@sanftlaw.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EDUARD DAVIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY;<br>ALLEN BLOOMGREN; DOES I through X inclusive,<br><br>　　　　Defendants. | Case No.:　　2:17−CV−01824−JCM−NJK<br><br>**NOTICE OF APPEARANCE** |

　　Michael W. Sanft, Esq., of Sant Law, hereby confirms as counsel of record for Plaintiff, EDUARD DAVIS, in the instant action.  Please direct all filing notices, courtesy copies, and other correspondence to the address above.

DATED this 19 of March, 2018.

/s/ Michael Sanft
Michael W. Sanft, Esq.
**Sanft Law**
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I am a person competent to serve papers, that I am not a party to the above-entitled action, and that on March 19, 2018, the foregoing document and all attachments was electronically served via Electronic Case Filing (ECF) on all the parties.

/s/ Tannia Garcia
An employee of
**SANFT LAW**